**Adam Ford** (NYB #4115531)
FORD & HUFF LC
228 Park Avenue South
New York, NY 10036
Telephone: (212) 287-5913
Email: adam.ford@fordhufflaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GANNON, et al., <br><br> Plaintiff, <br> - against - <br><br> 23 ESSEX REALTY CORP., TACO RECIPES INC., et al., <br><br> Defendants. | **CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES TO DEFENDANTS** <br><br> 1:22-CV-934 <br><br> Judge Edgardo Ramos |

I, the undersigned, certify that on July 22, 2022, I caused a true and correct copy of

INITIAL DISCLOSURES to be served upon Defendants via Electronic Mail as listed below:

23 ESSEX REALTY CORP.
Ruben Montejo, esq.
rubentmontejo@yahoo.com

TACO RECIPES INC.
Zhou Wang, esq.
Office8860@gmail.com

DATED:  July 22, 2022.

                                                                FORD & HUFF LC


                                                      /s/ Adam D. Ford
                                                      Adam D. Ford (NYB #4115531)
                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on July 22, 2022, I caused a true and correct copy of the foregoing CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Adam D. Ford